

**FILED**

MAR 0 4 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–50–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JEFFERY SHAWN McDEVITT, | |
| Defendant. | |

Defendant Jeffery Shawn McDevitt having moved unopposed to correct the spelling of his first name,

IT IS ORDERED that the defendant's motion (Doc. 31) is GRANTED. The caption in the indictment is AMENDED as reflected above. The correct spelling of the defendant's first name is J-E-F-F-E-R-Y. The Clerk of Court is directed to correct the spelling of the defendant's name in CM/ECF and the United States Probation Office is directed to correct the spelling in their records.

DATED this 4th day of March, 2020.

Donald W. Molloy, District Judge
United States District Court