IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–50–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JEFFERY SHAWN McDEVITT, | |
| Defendant. | |

Defendant Jeffery Shawn McDevitt moves for early termination of his term of supervised release under 18 U.S.C. § 3582(e)(1). (Doc. 69.) The government "defers to the Court's discretion" on the resolution of this matter. (*Id.*) After considering the relevant factors in 18 U.S.C. § 3553(a), there is good cause to terminate his term of supervised release. Accordingly,

IT IS ORDERED that Defendant's motion (Doc. 69) is GRANTED. McDevitt's term of supervised release is terminated as of the date and time of this Order.

DATED this 31st day of July, 2024.

_____
Donald W. Molloy, District Judge
United States District Court